Raymond L. Herbert, Respondent, v. Fernando E. de Murias and Edward Rock, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

James McLean v. George Griot and Another.— Motion denied on conditions stated in order. Order filed.

Merchants' Exchange National Bank v. Margaretta F. J. Abukalil.— Motion granted unless conditions stated in order be complied with. Memorandum per curiam. Order filed.

Henry G. Selleck, Jr., v. Kathinka Diensdorf, Impleaded.— Motion granted, with ten dollars costs. Memorandum per curiam. Order filed.

Mary B. Dorr v. Lisette Newman, Impleaded.— Motion granted, with ten dollars costs. Order filed.

Leah Ehrenhouser v. Marcus Rosenthal.— Motion granted, with ten dollars costs. Order filed.

Frederick Y. Dalziel v. Star Company.— Motion granted, with ten dollars costs. Memorandum per curiam. Order filed.

Max Goldsmith v. Mary M. Ward.— Motion denied, without costs. Order filed.

In the Matter of Emmeline Cartier.— (2 cases.) Motions granted, without costs. Orders filed.

Frederick Weston v. Henry Wirth.— Motion granted, with ten dollars costs. Order filed.

Harris B. Goldman v. Frank G. Swartwout.— Motion denied, without costs. Order filed.

Edward H. Sinnott v. Mary A. Sinnott.— Motion granted, with ten dollars costs. Order filed.

Fernando Hesse v. Daniel M. Griffen.— Motion denied on conditions stated in order. Memorandum per curiam. Order filed.

Kate Kiernan v. Otto M. Eidlitz.— Motion denied, with ten dollars costs. Order filed.

Alfred S. Brown v. Lee A. Brown and Another.— Motion denied. Memorandum per curiam. Order filed.

Charles W. Miller v. Julius B. Lorge.— Application denied, with ten dollars costs. Order signed.

William R. Hunter v. Mutual Reserve Life Insurance Company.— Application granted. Order signed.

Moritz Altman and Another v. Joy Steamship Company.— Application denied, with ten dollars costs. Order signed.

In the Matter of Henry Judson Morris, an Attorney.— Motion to confirm referee's report granted and respondent disbarred,